STATE OF NEW JERSEY v. STEPHEN PITTS.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. AARON JOHNSON.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LENNON HINSON.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY GRIFFIN.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES A. CULAR.

March 21, 1988.

Petition for certification denied.